784

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CLAYTON, Appellant.— On the call of the calendar, appeal dismissed. Appellant failed to comply with an order of this court, dated May 15, 1961, requiring him to perfect his appeal for the October 1961 Term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL HENDRY, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel to prosecute the appeal, denied. On the court's own motion this appeal is dismissed. The appeal is by defendant from an order of the County Court, Kings County, made and entered November 22, 1961, which *granted his* motion to dismiss an indictment against him for armed robbery in the first degree. Defendant may not appeal from the order since he is not aggrieved by it. In any event, the statute (Code Crim. Pro., § 517) does not permit an appeal by a defendant from such an order. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD SHANDS, Appellant.— Counsel assigned by this court to prosecute the appeal on behalf of defendant, moves to submit for appropriate action an official certificate showing that on July 30, 1961, defendant died in the Sing Sing Prison Hospital. Motion granted. By reason of the death of defendant the court on its own motion directs the dismissal of his pending appeal from a judgment of the County Court, Kings County, entered December 12, 1960, convicting him of robbery in the third degree. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

PAULINE CRIMAUDO, Respondent, v. JACK CRIMAUDO, Appellant.— No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

In the Matter of BARGAIN TOWN, U. S. A. INC., Respondent, v. BARGAIN-TIME STORES, INC., Appellant.— In our opinion, the appellant corporation, Bargain-Time Stores, Inc., knowingly adopted and used its name in order to take advantage of petitioner's reputation and in order to deceive and mislead the public as to its (appellant's) true identity. Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur. [31 Misc 2d 682.]

In the Matter of WILLIE H. COELFIELD, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.